MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-1945
Fax: (212) 637-2750

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: | Chapter 11 |
|     DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
|                      Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the United States of America, by its attorney Michael J. Garcia, United States Attorney for the Southern District of New York, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a), from the Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 (I) Denying United States of America's Motion for Leave to File Late Claim and (II) Disallowing and Expunging Proof of Claim Number 16727 ("EEOC Order"), which was entered on March 6, 2008.

The parties to the Order appealed from, and the names and addresses of their respective attorneys, are as follows:

| | |
|---|---|
| Debtor/Appellee: | Delphi Corporation |
| Attorney: | John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Telephone:  (312) 407-0700 |
| Creditor/Appellant: | United States of America, on behalf of the Equal Employment Opportunity Commission |
| Attorney: | Michael J. Garcia<br>United States Attorney for the<br>Southern District of New York<br>By:    Matthew L. Schwartz<br>          Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York  10007<br>Telephone:  (212) 637-1945 |

Dated:    March 17, 2008
          New York, New York

>Respectfully submitted,
>
>MICHAEL J. GARCIA
>United States Attorney for the
>Southern District of New York
>Attorney for the United States of America
>
>By:    /s/ Matthew L. Schwartz
>       MATTHEW L. SCHWARTZ (MS-8159)
>       Assistant United States Attorney
>       86 Chambers Street
>       New York, New York 10007
>       Tel.: (212) 637-1945
>       Fax: (212) 637-2750