UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff/Appellant,         08 CV 03753 (NRB)

- against -

DELPHI CORPORATION, et al.,         **ORDER FOR ADMISSION**
                                                          **PRO HAC VICE**
                Defendant/Appellee.        **ON WRITTEN MOTION**

Upon the motion of Kayalyn A. Marafioti, attorney for Delphi Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lisa B. Diaz |
| Firm Name: | Skadden, Arps, Slate, Meagher and Flom LLP |
| Address: | 333 West Wacker Drive |
| City/State/Zip: | Chicago, Illinois 60606 |
| Telephone/Fax: | 312-407-0588 |
| | 312-827-9337 |
| Email Address: | Lisa.Diaz@skadden.com |

is admitted to practice pro hac vice as counsel for Delphi Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, New York
            May 22, 2008

                                                      _____
                                                      United States District Court Judge
                                                      Naomi Reice Buchwald