USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 4, 2008

BY HAND

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 2270
New York, New York 10007

JUN - 5 2008

UNITED STATES DISTRICT JUDGE

Re: *In re Delphi Corporation*, 08 Civ. 3753 (NRB) (AJP)

Dear Judge Buchwald:

    This Office represents the United States of America in the above-referenced bankruptcy appeal. I write to respectfully request a two-week extension of the briefing schedule for this appeal, which concerns a claim filed on behalf of the Equal Employment Opportunity Commission. The reason for this request is that my wife was hospitalized yesterday due to complications related to her pregnancy, and so I do not anticipate being able to give this matter the attention it deserves this week. I have conferred with counsel for Delphi, who consents to this adjournment. Should the Court grant the extension, the parties proposed the following schedule:

Appellant's Opening Brief to be filed on or before June 23, 2008
Appellee's Opposition Brief to be filed on or before July 18, 2008
Appellant's Reply Brief to be filed on or before August 1, 2008

So Ordered.
*Naomi Reice Buchwald*
USDJ
6/9/08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
MATTHEW L. SCHWARTZ
Assistant United States Attorney
Telephone: (212) 637-1945
Facsimile: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

cc: <u>BY OVERNIGHT DELIVERY</u>

John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004