UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re:
: 08 Civ. 3753 (NRB) (AJP)
: ECF Case
DELPHI CORPORATION, *et al.,*
: **NOTICE OF APPEARANCE**
    Debtors.
: Electronically Filed
------------------------------------------------------------------ X

TO:    Clerk of the Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to enter his appearance in this case on behalf of appellant the United States of America, and to designate the undersigned as an attorney to whom notices of electronic filing will be transmitted in this case.

Dated: New York, New York
       June 20, 2008

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                *Attorney for the United States of America*

                        By:     s/ Joseph N. Cordaro
                                JOSEPH N. CORDARO
                                Assistant United States Attorney
                                86 Chambers Street, Third Floor
                                New York, New York 10007
                                Telephone: (212) 637-2745
                                Facsimile:  (212) 637-2686
                                Email: joseph.cordaro@usdoj.gov