

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, Third Floor
New York, New York 10007

June 23, 2008

**BY FACSIMILE (212) 805-7927**



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

JUN 23 2008

UNITED STATES DISTRICT JUDGE

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

Re:   In re Delphi Corp., et al., 08 Civ. 3753 (NRB) (AJP)

Dear Judge Buchwald:

This Office represents the United States of America, appellant in the above-titled bankruptcy appeal. Pursuant to the Court's scheduling order dated June 9, 2008, the Government's opening brief is due today. I respectfully request an extension of this deadline to July 14, 2008. The reason for this request is that the lead Assistant United States Attorney on this matter, Matthew L. Schwartz, recently became a parent and is out of the office. I have conferred with counsel for Delphi, who consents to this extension. Should the Court grant this application, the parties propose the following schedule:

Appellant's Opening Brief to be filed on or before July 14, 2008
Appellee's Opening Brief to be filed on or before August 4, 2008
Appellant's Reply Brief to be filed on or before August 18, 2008

*So ordered.*
*Naomi Reice Buchwald*
*USDJ*
*6/23/08*

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
JOSEPH N. CORDARO
Assistant United States Attorney
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

cc: <u>BY FACSIMILE</u>

John K. Lyons, Esq. (312) 407-8532
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

Alicia M. Leonhard, Esq. (212) 668-2255
Office of the United States Trustee
33 Whitehall Street, Suite 21st Floor
New York, New York 10004