USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

86 Chambers Street 3rd Floor
New York, New York 10007

August 4, 2008

BY HAND


FILED IN CHAMBERS
NAOMI REICE BUCHWALD
AUG - 5 2008
UNITED STATES DISTRICT

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 2270
New York, New York 10007

Re: *In re Delphi Corporation*, 08 Civ. 3753 (NRB) (AJP)

Dear Judge Buchwald:

    This Office represents the United States of America, on behalf of the Equal Employment Opportunity Commission, in the above-referenced bankruptcy appeal. Enclosed please find two courtesy copies of the Corrected Brief for Appellant the United States of America, which was filed and served via ECF on Friday. Under cover letter dated July 15th, we previously provided the Court with courtesy copies of the record on appeal and my declaration.

    The parties have conferred with respect to a briefing schedule for the remainder of the appeal, and propose the following dates:

    Appellees's Brief to be filed on or before August 25, 2008
    Appellant's Reply Brief, if any, to be filed on or before September 8, 2008

SO Ordered.
*Naomi Reice Buchwald* USDJ
8/5/08

The parties respectfully request that the Court so-order this schedule. Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
MATTHEW L. SCHWARTZ
JOSEPH N. CORDARO
Assistant United States Attorneys
Telephone: (212) 637-1945
Facsimile: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

MEMO ENDORSED

cc:   <u>BY OVERNIGHT DELIVERY</u>

    John K. Lyons, Esq.
    Albert L. Hogan, III, Esq.
    Lisa B. Diaz, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606

    Kayalyn A. Marafioti, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036

    Alicia M. Leonhard, Esq.
    Office of the United States Trustee
    33 Whitehall Street, Suite 2100
    New York, New York 10004